IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

       Plaintiff,                                Criminal No. 14-0180
                                                  ELECTRONICALLY FILED

      v.

ELIONARDO JUAREZ-ESCOBAR,

       Defendant.

**HEARING MEMO**
Date hearing held:   1/22/15
Before Judge Arthur J. Schwab

| Counsel for Plaintiff | Charles Eberle |
|---|---|
| Counsel for Defendant | Alonzo Burney |
| Court Reporter | Virginia Pease |
| Law Clerk/Deputy Clerk | LCB/LCK |
| Start time | 10:21 AM |
| End time | 10:44 AM |

DEFENDANT PRESENT
Interpreter Ana Lahr is present and sworn
**NOTED:**

The defendant is sentenced to a term of time served.   A mandatory $100.00 special assessment is imposed, a fine is waived for inability to pay.

Defendant is subject to additional detention and ultimately, removal from the United States of America by federal immigration authorities.   Therefore, the Court orders Defendant to be transferred to the custody of the U.S. Immigration and Customs Enforcement within the Department of Homeland Security, pursuant to the existing detainer.